# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**OLD DOMINION INSURANCE COMPANY,**
Appellant,

v.

**PINES DENTAL ASSOCIATES, INC.,**
Appellee.

No. 4D16-4125

[August 3, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-16-008638.

Patrick J. Carleton of Groelle & Salmon P.A., West Palm Beach, for appellant.

Timothy H. Crutchfield of Mintz Truppman, P.A., North Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***